# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re                                Case No.     16-32414-DHW
                                               Chapter 13

ASHLEY S PRIDGEON
        Debtor(s)

## ORDER SETTING EVIDENTIARY HEARING

The motion filed by the debtor on August 31, 2016 and designated MOTION TO EXTEND THE AUTOMATIC STAY, is set for evidentiary hearing at the United States Bankruptcy Court, Courtroom #4C, United States Courthouse Annex, One Church Street, Montgomery, Alabama**, on September 26, 2016 at 1:30 p.m.**

The moving party or counsel shall (1) give **timely** notice by mail to **ALL CREDITORS, all parties in interest and to their attorneys of record in the debtor's next most previous bankruptcy case** as provided by Fed. R. Bankr. Proc. 2002 or other appropriate Rule, by serving a copy of this order and the motion on each; and (2) file in court prior to the hearing date a certificate of service showing the names and addresses of the parties served. Failure to give such notice and file the certificate as required may result in dismissal of the motion.

Done this 1st day of September, 2016

                                                    Dwight H. Williams, Jr.
                                                    United States Bankruptcy Judge

c    Richard D. Shinbaum, Attorney for Debtor
     Debtor
     Trustee