# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                  Case No.     16-32414-DHW
                                                       Chapter 13

ASHLEY S PRIDGEON
        Debtor(s)

## ORDER SETTING EVIDENTIARY HEARING

The motion filed by the debtor on August 31, 2016 and designated MOTION TO EXTEND THE AUTOMATIC STAY, is set for evidentiary hearing at the United States Bankruptcy Court, Courtroom #4C, United States Courthouse Annex, One Church Street, Montgomery, Alabama, **on September 26, 2016 at 1:30 p.m.**

The moving party or counsel shall (1) give **timely** notice by mail to **ALL CREDITORS, all parties in interest and to their attorneys of record in the debtor's next most previous bankruptcy case** as provided by Fed. R. Bankr. Proc. 2002 or other appropriate Rule, by serving a copy of this order and the motion on each; and (2) file in court prior to the hearing date a certificate of service showing the names and addresses of the parties served. Failure to give such notice and file the certificate as required may result in dismissal of the motion.

Done this 1st day of September, 2016

*Dwight A. Williams, Jr.*

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c   Richard D. Shinbaum, Attorney for Debtor
    Debtor
    Trustee

United States Bankruptcy Court
Middle District of Alabama

In re:
Ashley S Pridgeon
      Debtor

Case No. 16-32414-DHW
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1127-2      User: loverton      Page 1 of 1      Date Rcvd: Sep 01, 2016
                       Form ID: pdfSOME     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2016.
db         +Ashley S Pridgeon,   6135 PINEBROOK DRIVE,   Montgomery, AL 36117-3144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2016                Signature:  <u>/s/Joseph Speetjens</u>

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2016 at the address(es) listed below:
       Bankruptcy Administrator   ba@almb.uscourts.gov
       Richard D. Shinbaum   on behalf of Debtor Ashley S Pridgeon rshinbaum@smclegal.com,
        scarter@smclegal.com
       Sabrina L. McKinney [Acting]   trustees_office@ch13mdal.com
                                             TOTAL: 3