IN THE UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In the Matter of:

Ashley S Pridgeon

Debtor(s)

Case No. 16-32414

Chapter 13

## NOTICE OF RESETTING/RESCHEDULED OF MEETING OF CREDITORS AND CONFIRMATION HEARING

The Chapter 13 Meeting of Creditors in the above debtor's case has been reset for **November 10, 2016** at 2:30 p.m. at the Frank M. Johnson, Jr. Federal Courthouse, (Lee Street entrance), Sec. 341 Meeting Room (105), Montgomery, Alabama 36104.

Furthermore, the debtor's confirmation hearing will be held on **December 9, 2016 at 9:30 a.m.**, at the United States Bankruptcy Court, One Church Street, Courtroom 4-C, Montgomery, Alabama.

Dated: November 2, 2016.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the Notice of Resetting of Meeting of Creditors and Confirmation hearing and plan to **ALL CREDITORS** and other parties in interest by placing a copy of the same in the U.S. Mail, postage prepaid.

Dated: November 2, 2016

/s/ Richard D. Shinbaum
*Attorney for Debtor*:
Richard D. Shinbaum ASB-8638-B54R
Shinbaum Law Firm
566 South Perry Street
P O Box 201
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

# United States Bankruptcy Court
## Middle District of Alabama

In re: **Ashley S Pridgeon**
Debtor(s)

Case No. **16-32414**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **November 2, 2016**, a copy of **Notice of Resetting/Rescheduling of Meeting of Creditors and Confirmation Hearing** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

- ALABAMA HOUSING FINANCE
- ALABAMA HOUSING FINANCE
- BANK OF AMERICA
- CAP ONE
- CAPITAL ONE
- CAPITAL ONE
- CAPITAL ONE
- CAVALRY FOR HSBC
- Chase
- CORTRUSTCC
- CREDIT FIRST
- EXXMBLCITI
- GECRB/LOWES
- GECRB/QVC
- GECRB/SNBC
- HSBC
- MIDLANDMCM
- ORCHARD BANK
- PRATTVILLE HEALTH & REHAB
- Sallie Mae
- ServiSolutions
- WFFNB/VS
- WFNNB/LNBR

/s/ Richard D. Shinbaum
Richard D. Shinbaum ASB-8638-B54R
Shinbaum Law Firm
566 South Perry Street
P O Box 201
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545 Fax:334-263-4096-Selma 334-874-1084
rshinbaum@smclegal.com