# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

ASHLEY S PRIDGEON
SSAN: XXX-XX-2264

Debtor(s)

Case No. 16-32414-DHW
Chapter 13

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on August 31, 2016.

2. The debtor(s) §341 Meeting of Creditors was held October 13, 2016.

3. The debtor(s) overall pay record is 17%.

(**X**) It is the Trustee's contention that this debtor(s) plan is not feasible. As grounds for said objection the Trustee would offer that the debtor(s) percentage pay record as cited above.

(**X**) The Trustee has not received the debtor(s) tax returns as required by 11 U.S.C. § 521.

(**X**) The debtor was to amend schedule A/B to list the tax assessed value of real property.

(**X**) The debtor testified she was not current with her post petition mortgage payments.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this December 12, 2016.

<pre>
                                        Sabrina L. McKinney
                                        Acting Chapter 13 Trustee

                                   By: /s/*Tina J. Hayes*
                                        _____
                                        Tina J. Hayes
                                        Staff Attorney
</pre>

Office of the Chapter 13 Trustee  
P.O. Box 173  
Montgomery, AL  36101-0173  
Phone: (334)262-8371  
Fax: (334)262-8599  
email: hayest@ch13mdal.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this December 12, 2016.

<pre>
Copy to: DEBTOR(S)                      /s/*Tina J. Hayes*
         RICHARD D SHINBAUM             _____
                                        Tina J. Hayes
                                        Staff Attorney
</pre>